IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Michael Ellis, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Volvo Group North America LLC, et al.,<br><br>　　　　Defendants. | No. CV-21-01916-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal filed on November 9, 2022. (Doc. 30). For good cause shown in the Stipulation,

**IT IS ORDERED approving** the Stipulation. (Doc. 30).

**IT IS FURTHER ORDERED dismissing** this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 14th day of November, 2022.

_____
Honorable Stephen M. McNamee
Senior United States District Judge